May 13, 1976.

Allentown Ahead Fund, Inc. *v.* Kraynick (et al., Appellant).

 Argued March 22, 1976. *Henry S. Perkin*, with him *Perkin, Rapoport & Schattenstein*, for appellant; *Sally Akan*, with her *K. Robert Conrad*, and *Pepper, Hamilton & Scheetz*, for appellee.

Order affirmed.

Anderson *v.* Raymond Corporation, Appellant, et al.

Argued March 22, 1976. *Gerald A. Dennehey*, with him *Charles W. Craven*, and *Marshall, Dennehey & Warner*, for appellant; *James E. Colleran*, with him *Beasley, Hewson, Casey, Kraft & Colleran*, for appellee.

Judgment affirmed.